FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR - 4 2006

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA              )
                                      )
VS.                                   )  CASE NO. 4:05CR00283
                                      )
XAVIER LAVON SMITH                    )

## ORDER

The Order Setting Conditions of Release entered of record on 11/15/2005 (DE #6) is hereby modified in the following manner:

The condition of electronic monitoring, with a curfew, is removed.

The Defendant will report to Recovery Centers of Arkansas for inpatient treatment on Wednesday, April 5, 2006.

All other conditions will remain in effect.

IT IS SO ORDERED this 4th day of April, 2006.

_____
UNITED STATES MAGISTRATE JUDGE